Stanton, J.

# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/16
```

NICHOLAS PARKER, on behalf of himself and all others similarly situated,

              Plaintiff,

v.

BUFFALO TRACE DISTILLERY, INC., OLD CHARTER DISTILLERY CO., and SAZERAC COMPANY, INC.

              Defendants.

Case No. 16-cv-08986 (LLS)

## (~~PROPOSED~~) SCHEDULING ORDER

LLS

**WHEREAS**, on November 22, 2016, counsel for Plaintiff emailed counsel for Defendants a copy of the Summons and Complaint in the above-captioned matter;

**WHEREAS**, Plaintiff asked counsel for Defendants to accept service of the Summons and Complaint by email;

**WHEREAS**, counsel for Defendants agreed to accept service of the Summons and Complaint by email if counsel for Plaintiff agreed to an extension of time for Defendants to answer or otherwise respond to the Complaint and the Court grants the extension;

**WHEREAS**, Defendants intend to file a motion to dismiss in lieu of an answer;

**WHEREAS**, the parties have agreed to the following schedule for Defendants' motion to dismiss and subsequent briefing on that motion,

**IT IS HEREBY ORDERED** that:

1. The deadline for Defendants' response to the Complaint shall be January 12, 2017;

2. The deadline for Plaintiffs' opposition to Defendants' motion to dismiss shall be February 13, 2017; and

3. The deadline for Defendants' reply to Plaintiffs' opposition shall be February 28, 2017.

So Ordered:

_Louis L. Stanton_
Hon. Louis L. Stanton

12/9/16