UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS PARKER, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BUFFALO TRACE DISTILLERY, INC., OLD CHARTER DISTILLERY CO., and SAZERAC COMPANY, INC.,<br><br>　　　　　Defendants. | Case No. 16-cv-08986 (LLS)<br><br>**DECLARATION OF JONATHAN BACH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CLASS ACTION COMPLAINT** |

I, Jonathan Bach, declare:

1. I am a partner with the law firm Cooley LLP, counsel for defendants Buffalo Trace Distillery, Inc., Old Charter Distillery Co., and Sazerac Company, Inc. ("Defendants") and submit this Declaration in support of Defendants' Motion to Dismiss the Class Action Complaint.

2. Attached as Exhibit A is a true and correct copy of the Certificate of Label Approval ("COLA") for Old Charter bourbon that was issued by the Department of Treasury Alcohol and Tobacco Tax and Trade Bureau ("TTB") on August 27, 2003.

3. Attached as Exhibit B is a true and correct copy of the COLA for Old Charter bourbon that was issued by the TTB on January 10, 2014.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 12, 2017, in New York, NY.

140724835

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jonathan Bach
　　　　　　　　　　　　　　　　　　　　　　　　Jonathan Bach

1