# Exhibit A

| | OMB No. 1513-0020 (11/30/2005) |
|---|---|
| TTB ID 03238-000-000119 | DEPARTMENT OF THE TREASURY<br>ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>**APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL**<br>(See Instructions and Paperwork Reduction Act Notice on Back) |
| 1. REP. ID. NO. (If any) **1005** CT /o/ OR 22 **1005** | |

PART I - APPLICATION

2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)
   DSP-KY-113

7. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON THE LABEL (Required)

Buffalo Trace Distillery, Inc.
1001 Wilkinson Boulevard
Frankfort, Kentucky 40601
dba: Old Charter Distillery Co.

3. SERIAL NUMBER (Required) YEAR: 03-901
4. TYPE OF PRODUCT (Required): ☒ DISTILLED SPIRITS

7a. MAILING ADDRESS, IF DIFFERENT

5. BRAND NAME (Required): Old Charter
6. FANCIFUL NAME (If any): Kentucky Straight Bourbon Whiskey

8. EMAIL ADDRESS
9. FORMULA/SOP NO. (If any)
10. LAB. NO. & DATE/PRE-IMPORT NO. & DATE (If any)

17. TYPE OF APPLICATION (Check applicable box(es))
   a. ☒ CERTIFICATE OF LABEL APPROVAL
   b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation)
   c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE _____ (Fill in amount)
   d. ☐ RESUBMISSION AFTER REJECTION TTB ID _____

11. NET CONTENTS: 750-ML
12. ALCOHOL CONTENT: 40%/80°
13. WINE APPELLATION (If on label)
14. WINE VINTAGE DATE (If on label)
15. PHONE NUMBER: (502) 223-7641
16. FAX NUMBER: (502) 875-5553

18. SHOW ANY WORDING (a) APPEARING ON MATERIALS FIRMLY AFFIXED TO THE CONTAINER (e.g., caps, celoseals, corks, etc.) OTHER THAN THE LABELS AFFIXED BELOW, OR (b) BLOWN, BRANDED OR EMBOSSED ON THE CONTAINER (e.g., net contents, etc.). THIS WORDING MUST BE NOTED HERE EVEN IF IT DUPLICATES PORTIONS OF THE LABELS AFFIXED BELOW. ALSO, PROVIDE TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.

PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare: that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

19. DATE OF APPLICATION: August 22, 2003
20. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT: J a Wallace
21. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT: Attorney in Fact

PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

22. DATE ISSUED: AUG 27 2003
23. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU

FOR TTB USE ONLY
QUALIFICATIONS

EXPIRATION DATE (If any)

AFFIX COMPLETE SET OF LABELS BELOW (See General Instructions 4, 6 and 7)

**AGED 8 YEARS**

SINCE 1874

**OLD CHARTER**

*Kentucky Straight Bourbon Whiskey*

*gently matured for eight seasons in century old brick warehouses*

DISTILLED, AGED, AND BOTTLED BY
*Old Charter Distillery Co.*
FRANKFORT, KY • 40% ALC/VOL (80 PROOF)

OLD CHARTER AGED 8 YEARS 750ML
0 88004 02554 0

You can reach us from anywhere in Charter Country
1-866-729-3722 • www.bourbonwhiskey.com
oldcharter@bourbonwhiskey.com

**GOVERNMENT WARNING:** (1) ACCORDING TO THE SURGEON GENERAL, WOMEN SHOULD NOT DRINK ALCOHOLIC BEVERAGES DURING PREGNANCY BECAUSE OF THE RISK OF BIRTH DEFECTS. (2) CONSUMPTION OF ALCOHOLIC BEVERAGES IMPAIRS YOUR ABILITY TO DRIVE A CAR OR OPERATE MACHINERY, AND MAY CAUSE HEALTH PROBLEMS.

TTB F 5100.31 (2-2003) PREVIOUS EDITION IS OBSOLETE