# Exhibit B

OMB No. 1513-0020  (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| **TTB ID** 13353001000026 | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>**APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL**<br>(See Instructions and Paperwork Reduction Act Notice on Back) |

| 1. REP. ID. NO. (If any) | CT | OR |
|---|---|---|
|  | 101 | 22 |

## PART I - APPLICATION

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)* | 3. SOURCE OF PRODUCT *(Required)* | 8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required) |
|---|---|---|
| DSP-KY-24<br>DSP-KY-113<br>DSP-KY-12<br>DSP-CA-63<br>DSP-MD-11 | ✓ Domestic<br>☐ Imported | SAZERAC NORTH AMERICA, INC.<br>2001 HIGHWAY 60 E<br><br>OWENSBORO KY 42303<br><br>OLD CHARTER DISTILLERY CO. (Used on label) |

| 4. SERIAL NUMBER *(Required)* | 5. TYPE OF PRODUCT *(Required)* |
|---|---|
| 130469 | ☐ WINE<br>✓ DISTILLED SPIRITS<br>☐ MALT BEVERAGE |

| 6. BRAND NAME *(Required)* | 8a. MAILING ADDRESS, IF DIFFERENT |
|---|---|
| OLD CHARTER | |
| **7. FANCIFUL NAME** *(If any)* | |

| 9. EMAIL ADDRESS | 10. GRAPE VARIETAL(S) *(If any)* | 11. FORMULA | 18. TYPE OF APPLICATION (Check applicable box(es)) |
|---|---|---|---|
| drenn@bartonbrands.com | | | a. ✓ CERTIFICATE OF LABEL APPROVAL |
| **12. NET CONTENTS**<br>750 MILLILITERS | **13. ALCOHOL CONTENT**<br>40 | **14. WINE APPELLATION IF ON LABEL** | b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.) |
| **15. WINE VINTAGE DATE IF ON LABEL** | **16. PHONE NUMBER**<br>(502) 331-4819 | **17. FAX NUMBER**<br>(502) 348-8573 | c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount) |
| | | | d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____ |

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
PRINCIPAL PLACE OF BUSINESS USED IN LIEU OF BOTTLING LOCATION IN ACCORDANCE WITH 5.36(A)(6). CONTAINER MARKED TO INDICATE BOTTLING LOCATION.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 12/19/2013 | (Application was e-filed) | William Renn |

| PART III - TTB CERTIFICATE |||
|---|---|---|
| This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form. |||
| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU ||
| 01/10/2014 |  ||

| FOR TTB USE ONLY |||
|---|---|---|
| **QUALIFICATIONS** || **EXPIRATION DATE (If any)** |
| TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable. EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING. |||
| **STATUS** |||
| THE STATUS IS APPROVED. |||
| **CLASS/TYPE DESCRIPTION** |||
| STRAIGHT BOURBON WHISKY |||

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 2.65 inches W X 3.69 inches H



**TTB F 5100.31**  (7/2012) PREVIOUS EDITIONS ARE OBSOLETE