ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NICHOLAS PARKER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUFFALO TRACE DISTILLERY, INC., OLD CHARTER DISTILLERY CO., and SAZERAC COMPANY, INC.<br><br>Defendants. | CASE NO.: 1:16-cv-08986-LLS |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/17

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(A)(1)(a)(i), Plaintiff Nicholas Parker hereby dismisses his claims in this action without prejudice.

Dated: January 26, 2017

**BURSOR & FISHER, P.A.**

By: /s/ Yitzchak Kopel
      Yitzchak Kopel

Scott A. Bursor
Joseph I. Marchese
Yitzchak Kopel
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: scott@bursor.com
           jmarchese@bursor.com
           ykopel@bursor.com

*Attorneys for Plaintiff*

So Ordered. The Clerk will close the case and dismiss all pending applications as moot.

Louis L. Stanton
1/27/17